PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
JUN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER (Tran. Court) |
|---|
| SACR05-00148-DOC |

| DOCKET NUMBER (Rec. Court) |
|---|
| 08-378 CW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeffrey Steven Townsend<br>20 Pettit Lane<br>Martinez, California 94553 | Central | (Santa Ana) California |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable David O. Carter, U.S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | June 30, 2006 | June 29, 2009 |

**OFFENSE**

18USC471: Manufacturing Counterfeit Obligations or Securities, Class C felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

　　　IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_April 30, 2008_
Date

_David O. Carter_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-2-08_
Effective Date

_signature_
United States District Judge